JOHN BURR et al., appellants,

*v.*

SARAH E. CARTER et al., respondents.

On appeal from a decree advised by Vice-Chancellor Bird, whose opinion is reported in *Carter* v. *Burr, 1 Dick. Ch. Rep. 134.*

PER CURIAM.

The decree is affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, SMITH—11.

*For reversal*—None.